# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mitchell Lee Rolston**<br>DOB: 1962; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>18-02941MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 9, 2018, at or near Three Points, in the District of Arizona, **Mitchell Lee Rolston**, knowing or in reckless disregard that certain aliens, including Oswaldo Baudilio Mejia-Perez, German Miguel Perez-Alvarez, Oscar Elias Yoc-Perez, and Francisco Juventino Cinto-Aguilar, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 9, 2018, at or near Three Points, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a white 2014 Ford F150 turning west on to SR-86. The F150 was recognized from a previous smuggling event. Later in the morning, BPA saw the F150 driving eastbound on SR-86 with additional occupant. BPA got behind the F150 and attempted to stop it. The F150 slowed down and the passenger's side door opened like the occupants were going to flee, but when the BPA drove up alongside, the F150 accelerated again and continued on SR-86. The F150 then slowed again, stopped, and three subjects bailed out and ran south. The agent approached the passenger side of the F150 to try to secure the driver and vehicle. The driver accelerated and drove off while the agent was between the passenger side doors. The agent instinctively grabbed onto the backdoor and was dragged 30 to 60 feet before letting go. Other law enforcement followed and stopped the F150. The driver was identified as **Mitchell Lee Rolston**. BPA found three additional subjects under a wooden board in the truck bed and identified them as Oswaldo Baudilio Mejia-Perez, Oscar Elias Yoc-Perez, and Francisco Juventino Cinto-Aguilar. Of the three subjects who bailed, one was apprehended and identified as German Miguel Perez-Alvarez. BPA determined that Mejia-Perez, Yoc-Perez, Cinto-Aguilar, and Perez-Alvarez were in the United States illegally.

The material witnesses, Mejia-Perez, Perez-Alvarez, Yoc-Perez, and Cinto-Aguilar, stated that they had made arrangements to be smuggled into the United States in exchange for money. Perez said that **Rolston** told him to run once BPA stopped the F150. Yoc and Cinto said that after they got into the bed of the F150, that **Rolston** placed the wooden board on top of them.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Oswaldo Baudilio Mejia-Perez, German Miguel Perez-Alvarez, Oscar Elias Yoc-Perez, and Francisco Juventino Cinto-Aguilar

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] *Leslie A. Bowman* | DATE<br>March 12, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54